UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMILY A. FAULKNER, | |
| Petitioner, | |
| v. | Civil No. 21-cv-490-JPG |
| UNITED STATES OF AMERICA, | Criminal No 19-cr-40030-JPG |
| Respondent. | |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Emily A. Faulkner's motion to vacate, set aside or correct her sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Emily A. Faulkner, and that this case is dismissed with prejudice.

**DATED: December 8, 2021**         MARGARET M. ROBERTIE, Clerk of Court

**s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT
                DISTRICT JUDGE**