UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMILY A. FAULKNER, | |
| Petitioner, | |
| v. | Civil No. 21-cv-490-JPG |
| UNITED STATES OF AMERICA, | Criminal No 19-cr-40030-JPG |
| Respondent. | |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision and the petitioner having withdrawn one claim,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Emily A. Faulkner's motion to vacate, set aside or correct her sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Emily A. Faulkner, and that this case is dismissed with prejudice.

**DATED:** May 30, 2023            MONICA A. STUMP, Clerk of Court

                                                              **s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
                       **J. PHIL GILBERT**
                       **DISTRICT JUDGE**